B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HFAH Clear Lake LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-2146161** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**719 Executive Center Drive**<br>**West Palm Beach, FL**<br>ZIP Code **33401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Keldar Advisors, LLC**<br>**245 Saw Mill River Road**<br>**Suite 106**<br>**Hawthorne, NY**<br>ZIP Code **10532-1547** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
|---|---|---|
| | | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                              **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **HFAH Clear Lake LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **HFAH Clear Lake LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Debi Evans Galler**
Signature of Attorney for Debtor(s)

**Debi Evans Galler 985236**
Printed Name of Attorney for Debtor(s)

**Berger Singerman LLP**
Firm Name

**1450 Brickell Avenue**
**Suite 1900**
**Miami, FL 33131**

Address

**Email: dgaller@bergersingerman.com**
**305-755-9500  Fax: 305-714-4340**
Telephone Number

**September 30, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel G. Hayes**
Signature of Authorized Individual

**Daniel G. Hayes**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**September 30, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**CORPORATE RESOLUTION**
**OF HFAH CLEAR LAKE LLC**

The undersigned, constituting the sole Manager and the sole Member of HFAH CLEAR LAKE LLC, a Florida limited liability company (the "Company"), following a meeting on notice, and with each member of the Board of Directors having been present, either in person or telephonically, hereby takes and adopts the following resolutions as of September 𝟑𝟎, 2014:

1.      **Chapter 11 Case.**

WHEREAS, the sole Manager and sole Member of the Company have determined that it is in the best interest of the Company to authorize and empower management of the Company to file a Chapter 11 bankruptcy proceeding on behalf of the Company.

RESOLVED, that the sole Manager and sole Member of the Company hereby approve and ratify the decision to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on behalf of the Company in the United States Bankruptcy Court for the Southern District of Florida (the "Chapter 11 Case") and to execute and deliver any and all documents required by, necessary or appropriate with respect to, the filing and administration of the Chapter 11 Case (collectively, the "Chapter 11 Documents");

RESOLVED, that the Board of Directors hereby approves and ratifies the employment by the Company of (i) the law firm of Berger Singerman LLP, as bankruptcy counsel to the Company; and (ii) Reznick Capital Market Securities, LLC, as investment bankers to the Company; and it is further

2.      **Asset Purchase Agreement.**

RESOLVED, that, after consultation with its counsel, it is in the best interests of the Company to execute and deliver the Purchase and Sale Agreement, the sole Manager and sole Member of the Company hereby approve and ratify the execution and delivery of the Purchase and Sale Agreement and, subject to the entry of an order approving the sale by the Bankruptcy Court, the consummation of the transactions contemplated by the Purchase and Sale Agreement; and it is further

3.      **DIP Financing.**

RESOLVED, that, after consultation with its counsel, it is in the best interests of the Company to enter into a DIP financing transaction with Revenue Properties (US) Inc., the sole Manager and sole Member of the Company hereby approve and ratify the Company entering into the DIP financing transaction and, subject to the entry of an order approving the sale by the Bankruptcy Court and the DIP financing transaction, the consummation of the DIP financing transaction; and it is further

5953456-1

4.    **General Authorization and Ratification.**

NOW, THEREFORE, BE IT RESOLVED, that the sole Manager and the sole Member of the Company hereby authorizes and directs the sole Member of the Company (the "Proper Officer"), to prepare and execute, and the Secretary or any Assistant Secretary be and each hereby is authorized to attest to, all Chapter 11 Documents;

RESOLVED FURTHER, that the Proper Officers of the Company, any one of whom may act without the joinder of any of the others, are hereby authorized to cause any Proper Officer of the Company to execute and deliver the Chapter 11 Documents in the name and on behalf of the Company or otherwise to take all actions (including, without limitation, (i) negotiation, execution, delivery, and filing of any agreements, certificates, or other instruments or documents, (ii) the modification or amendment of any of the terms and conditions of the Chapter 11 Documents, (iii) the payment of any consideration, and (iv) the payment of expenses and taxes) as such Proper Officer may deem necessary, appropriate, or advisable (such acts to be conclusive evidence that such Proper Officer deemed the same to be necessary, appropriate, or advisable) in order to commence and administer the Chapter 11 Case, and all acts of any Proper Officer taken pursuant to the authority granted herein, or having occurred prior to the date hereof in order to effect such transactions, are hereby approved, adopted, ratified, and confirmed in all respects.

FURTHER RESOLVED, that the proper officers and counsel for the Company be, and they hereby are, authorized and directed to take all such further actions and execute and deliver all such further instruments and documents in the name and on behalf of the Company under its corporate seal or otherwise and to incur and pay such expenses as in his or their judgment shall be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of each of the foregoing Resolutions.

Dated: September _30_, 2014

SOLE MANAGER
**TERM MANAGEMENT LLC**

BY: _Daniel G. Hayes_
Name: Daniel G. Hayes
Title:    Manager

SOLE MEMBER
**HOMES FOR AMERICA HOLDINGS, INC.**

By: _Daniel G. Hayes_
Name: Daniel G. Hayes
Title:    President, Director

5953456-1

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **HFAH Clear Lake LLC** ,
<br>                                 Debtor

Case No. _____

Chapter_____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,225,000.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 50 | | 29,698,142.87 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 358,526.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 59 | | | |
| Total Assets | | | 4,225,000.00 | | |
| Total Liabilities | | | | 30,056,669.14 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **HFAH Clear Lake LLC**                                          ,    Case No. _____

Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **HFAH Clear Lake LLC**                                          ,                  Case No. _____
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **719 Executive Center Drive West Palm Beach, FL 33401** | **Fee simple** | - | 4,225,000.00 | **Unknown** |

|  | Sub-Total > | **4,225,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **4,225,000.00** |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **HFAH Clear Lake LLC**                                          ,          Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  __HFAH Clear Lake LLC_____,  Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **HFAH Clear Lake LLC**       ,      Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     0.00
(Total of this page)

Total >     0.00

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re      **HFAH Clear Lake LLC**                                                           ,      Case No. _____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 1/25/2005 | | | | | |
| **1989 Kohler Living Trust Dtd 6/13/89 Guenther A. & Elfriede Kohler, Trustees 842 Overlook Court San Mateo, CA 94403-3865** | - | | | **Mortgage** **719 Executive Center Drive West Palm Beach, FL 33401** | | | | | |
| | | | | Value $            **4,225,000.00** | | | | **200,000.00** | **Unknown** |
| Account No. | | | | 1/25/2005 | | | | | |
| **1996 Knobel Trust dtd 9/5/96 Anna S. Knobel, Trustee 8919 Challis Hill Lane Charlotte, NC 28226-2687** | - | | | **Mortgage** **719 Executive Center Drive West Palm Beach, FL 33401** | | | | | |
| | | | | Value $            **4,225,000.00** | | | | **50,000.00** | **Unknown** |
| Account No. | | | | 1/25/2005 | | | | | |
| **1996 Knobel Trust dtd 9/5/96 Anna S. Knobel, Trustee 8919 Challis Hill Lane Charlotte, NC 28226-2687** | - | | | **Mortgage** **719 Executive Center Drive West Palm Beach, FL 33401** | | | | | |
| | | | | Value $            **4,225,000.00** | | | | **50,000.00** | **Unknown** |
| Account No. | | | | 1/25/2005 | | | | | |
| **1999 Rev Liv Trust Richard J. Ryan, Trustee 9072 Sundial Drive Las Vegas, NV 89134-8320** | - | | | **Mortgage** **719 Executive Center Drive West Palm Beach, FL 33401** | | | | | |
| | | | | Value $            **4,225,000.00** | | | | **50,000.00** | **Unknown** |

  **49**   continuation sheets attached

Subtotal
(Total of this page)

| **350,000.00** | **0.00** |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC**                                    ,     Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Abyane Family Trust Dtd 2/7/92 Ali M. & Soheila M. Abyane, Trustees 1707 Greenbriar Road Glendale, CA 91207-1053 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Alexander, Dr. Stanley & Florence 812 Sweetwater Club Blvd. Longwood, FL 32779-2125 | - | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 350,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Allan R. & Jayne M. Eisenbach 2418 Topsaid Circle Westlake Village, CA 91361-3435 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Alta Funding, Inc. 99611 Overseas Hwy., #175 Key Largo, FL 33037-4344 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Altman Living Trust dtd 11/4/04 Daniel & Barbara Altman, Trustees P.O. Box 4134 Incline Village, NV 89450-4134 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 150,000.00 | Unknown |

Sheet __1__ of __49__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)     750,000.00     0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Aronson, Lawrence & Henrietta 7112 Corning Circle Boynton Beach, FL 33437-3986 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Arthur I. Kriss IRA First Savings Bank, Custodian 2398 West 1050 North Hurricane, UT 84737-3110 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| Asset Resolution LLC c/o William A. Leonard, Trustee 228 South Florida Street First Floor Las Vegas, NV 89101 | | - | | | | X | | |
| | | | Value $          4,225,000.00 | | | | Unknown | Unknown |
| Account No. | | | 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| Au, Michael 850 E. Desert Inn Road, #PH3 Las Vegas, NV 89109 | | - | | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Barcia, Daniel C. 1600 Picket Court Reno, NV 89521-5018 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __2__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 250,000.00 | 0.00 |
|---|---|

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **HFAH Clear Lake LLC**                                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Bazzoli, Lidia<br>Bazzoli-Ferrari, Daniela<br>774 Mays Blvd., #10 PMB 293<br>Incline Village, NV 89451-9613 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Bell, Larry & Garnet<br>2850 Old Pinto Court<br>Sparks, NV 89436-6416 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Bert E. Arnlund CharRem Unitr<br>Bert E. Arnlund, Trustee<br>82 Innisbrook Avenue<br>Las Vegas, NV 89113-1242 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Betteridge, David P.<br>977 Hano Circle<br>Ivins, UT 84738-6370 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 60,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Birgen Family Trust<br>Virgil & La Donna Birgen, Trustees<br>2837 Bluff Point Drive<br>Las Vegas, NV 89134-8935 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __3__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)               310,000.00               0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Boardwalk Investments Ltd. Partnership James & Donna Bonfiglio 8635 W. Sahara Avenue, #220 Las Vegas, NV 89117-5858 | - | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Bolding, William & Carolyn 3961 Arizona Avenue Las Vegas, NV 89104-5101 | - | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Borom, Charles E. & Lanna G. 6106 Sister Elsie Drive Tujunga, CA 91042-2543 | - | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Borom, Charles E. & Lanna G. 6106 Sister Elsie Drive Tujunga, CA 91042-2543 | - | | Second Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Brahy, Raymone & Rita 1078 Canyon Drive New Braunfels, TX 78130-6004 | - | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |

Sheet  __4__  of __49__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                    325,000.00            0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC** _____ ,  Case No. _____
  
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Brenda J. High IRA<br>First Trust Co. of Onaga, Custodian<br>2884 E. Point Drive<br>Chesapeake, VA 23321-4125 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 71,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Brooks Living Trust dtd 6/30/97<br>Howard & Doreen Brooks, Trustees<br>1894 U.S. Highway 50 E., #4-344<br>Carson City, NV 89701 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| BS Living Trust<br>B. Sindler, Trustee<br>c/o Nina M. Schwartz<br>2112 Plaza Del Fuentes<br>Las Vegas, NV 89102-3912 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Busse, Brian H. & Dawn<br>37 Willow Wisp Terrace<br>Henderson, NV 89074-1724 | | - | Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 30,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Byrne Falke Living Trust<br>Byrne E. Falke, Sr., Trustee<br>P.O. Box 3774<br>Incline Village, NV 89450-3774 | | - | Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 70,000.00 | Unknown |

Sheet __5__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  271,000.00    0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| Capone, Peter W. & Deidre D. P.O. Box 1470 Gardnerville, NV 89410-1470 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Cardwell Chartable Trust James B. Cardwell, Trustee 505 E. Windmill Lnd., #1-B-158 Las Vegas, NV 89123-1869 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 350,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Cardwell Family Trust James B. & Reba Jo Cardwell, Trustees 505 E. Windmill Lnd., #1-B-158 Las Vegas, NV 89123-1869 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 405,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Ceglia, A. William 3720 Poco Lena Court Washoe Valley, NV 89704-9646 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 110,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Chamoun, Tony & Carmen 1935 Parkside Cir. S. Boca Raton, FL 33486-8568 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __6__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,015,000.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC** , Case No. _____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 1/25/2005 | | | | | |
| Charles B. Anderson Trust Charles B. Anderson , Trustee 201 Broiles Drive Jacksonville, TX 75766-3634 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Charles D. Hopson, Living Trust Charles D. Hopson, Trustee 3009 Cradle Mountain Drive Las Vegas, NV 89134-7518 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Chen, Wen Dai & Zhimin 14840 Redmond Drive Reno, NV 89511-4530 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Cheung, Kar Sei 3200 Alta Drive Las Vegas, NV 89107-3206 | - | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Citrus Grove Apartments NEED ADDRESS | - | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 200,000.00 | Unknown |

Sheet __7__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 500,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re     **HFAH Clear Lake LLC**                                              ,     Case No. _____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 2008 to Present | | | | | |
| **City of West Palm Beach**<br>**City Attorney**<br>**401 Clematis Street**<br>**Fifth Floor, West**<br>**West Palm Beach, FL 33401** | - | | | | **Fines and Penalties**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | X | X | X | | |
| | | | | | Value $           4,225,000.00 | | | | 2,500,000.00 | 0.00 |
| Account No. | | | | | **Judgment Lien** | | | | | |
| **City of West Palm Beach**<br>**City Clerk**<br>**P.O. Box 3366**<br>**West Palm Beach, FL 33402** | - | | | | **719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 19,418.95 | 0.00 |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Clarence J. Greenwald IRA**<br>**First Regional Bank Custodian**<br>**5950 Laplace Court, #160**<br>**Carlsbad, CA 92008-8831** | - | | | | **Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 7,000,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Clark, Jack R. & Reid, Linda C.**<br>**9900 Wilbur May Pkwy., #4701**<br>**Reno, NV 89521-3089** | - | | | | **Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Crowe 1989 Family Rev Trust**<br>**Gary & Susan Crowe, Trustees**<br>**9132 Golden Eagle Drive**<br>**Las Vegas, NV 89134-6134** | - | | | | **Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 100,000.00 | Unknown |

Sheet __8__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 9,669,418.95 | 0.00 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re     **HFAH Clear Lake LLC**                                           ,     Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Cynthia Ann Pardee Trust<br>Cynthia Ann Pardee, Trustee<br>2051 Dewberry Court<br>Westlake Village, CA 91361-1810 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Dalton Trust dtd 1/7/94<br>Bert A. Stevenson, Trustee<br>500 N. Estrella Pkwy., #B2-405<br>Goodyear, AZ 85338-4135 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Daniel D. Newman Trust<br>Daniel D. Newman, Trustee<br>125 Elysian Drive<br>Sedona, AZ 86336-6836 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 70,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Daniel K. Barbara J. Fix Fam Trust<br>Daniel & Barbara Fix, Trustees<br>113 Pebble Beach Drive<br>Trophy Club, TX 76262-9784 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 250,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Dashosh, Laura<br>11333 Moorpark Street, #85<br>Toluca Lake, CA 91602-2618 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet   **9**    of   **49**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                              520,000.00                    0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __HFAH Clear Lake LLC_____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | 6/24/2005 | | | | | |
| Davenport, Frank<br>3372 Narod Street<br>Las Vegas, NV 89121-4218 | | | - | | Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| David A. Sack Irrev Trust<br>Burton M. Sack, Trustee<br>415 L' Ambiance Drive, Ph-D<br>Longboat Key, FL 34228-3916 | | | - | | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| David B. & Renee A. Chaffin Family Trust<br>David B. & Renee A. Chaffin, Trustees<br>1855 Mansanita Circle<br>Reno, NV 89509-5260 | | | - | | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Davis Family 2000 Trust<br>Martin & Virginia Davis Trustees<br>15 Whitewater Drive<br>Corona Del Mar, CA 92625-1440 | | | - | | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Deberry, Tracy A.<br>1616 Scott Place<br>Encinitas, CA 92024-2465 | | | - | | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet _10___ of _49___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

400,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **HFAH Clear Lake LLC**             ,    Case No. _____

                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Dennis Flier Defined Benefit Trust** <br> **20155 NE 38th Court, #1803** <br> **Aventura, FL 33180-3259** | - | 1/25/2005 <br> Mortgage <br> **719 Executive Center Drive** <br> **West Palm Beach, FL 33401** <br> Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. <br> **Dery, Ann & James D.** <br> **10 Longmeadow Lane** <br> **Beachwood, OH 44122-7518** | - | 1/25/2005 <br> Mortgage <br> **719 Executive Center Drive** <br> **West Palm Beach, FL 33401** <br> Value $ 4,225,000.00 | | | | 75,000.00 | Unknown |
| Account No. <br> **DeVito, Dennis A.** <br> **17071 W. Dixie Highway** <br> **Miami, FL 33160-3773** | - | 1/25/2005 <br> Mortgage <br> **719 Executive Center Drive** <br> **West Palm Beach, FL 33401** <br> Value $ 4,225,000.00 | | | | 250,000.00 | Unknown |
| Account No. <br> **Donald P. Clark Family Trust** <br> **Donald P. Clark, Trustee** <br> **305 W. Moana Lane** <br> **Reno, NV 89509-4984** | - | 1/25/2005 <br> Mortgage <br> **719 Executive Center Drive** <br> **West Palm Beach, FL 33401** <br> Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. <br> **Donaldson, Arthur T.** <br> **P.O. Box 307** <br> **Janesville, WI 53547-0307** | - | 1/25/2005 <br> Mortgage <br> **719 Executive Center Drive** <br> **West Palm Beach, FL 33401** <br> Value $ 4,225,000.00 | | | | 300,000.00 | Unknown |

Sheet __11__ of __49__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 825,000.00     0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **HFAH Clear Lake LLC**                                          ,   Case No. _____
                                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| Donovan, Mieko & Richard 3603 Herring Gull Lane, North Las Vegas, NV 89084-2425 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Dovanidis, Panagiotis Dimitra Dovanidou 14 Mikinon Street Glyfada, Athens | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Drubin, Daniel & Laura 1363 W. Stony Run Place Oro Valley, AZ 85755-8581 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| E.C. Taylor Sep Prop Trust Evalyn C. Taylor, Trustee 1908 Rolling Dunes Ct. Las Vegas, NV 89117-6919 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| E.L. Rogers 1991 Rev Lvg Trust Eleanor L. Rogers, Trustee 78 Seal Rock Drive San Francisco, CA 94121-1437 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 200,000.00 | Unknown |

Sheet __12__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

550,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **HFAH Clear Lake LLC**
                                     ,    Case No. _____
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Earp, Mary & Mary H. Earp 700 Post Oak Court El Paso, TX 79932-2512 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $       4,225,000.00 | | | | 60,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Edwin & Dianne Foreman Trust Edwin & Dianne E. Foreman, Trustee 10109 Shenandoah Drive Santee, CA 92071-1656 | | - | Second Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $       4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Edwin L. Hausler, Jr., Trustee 4617 Constitution Avenue NE Albuquerque, NM 87110-5739 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $       4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Elowitz, Scott J. 200 Daniels Way, #210 Freehold, NJ 07728-2622 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $       4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Enrico, Drs. David R. & Bonny K. P.O. Box 1524 Driggs, ID 83422-0100 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $       4,225,000.00 | | | | 95,000.00 | Unknown |

Sheet  **13**  of  **49**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 305,000.00 | 0.00 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **HFAH Clear Lake LLC**                 ,    Case No. _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ensign, Frank E.**<br>P.O. Box 803<br>Wadsworth, NV 89442-0803 | | - | 1/25/2005<br><br>Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401<br><br>Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No.<br><br>**Eric C. Disbrow Md Prof. Shar. Plan**<br>Eric C. Disbrow, Trustee<br>36470 Fairway Drive<br>Cameron Park, CA 95682-8626 | | - | 1/25/2005<br><br>Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401<br><br>Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No.<br><br>**Ernie C. Young Living Trust**<br>Ernie C. Young, Trustee<br>P.O. Box 19035<br>Jean, NV 89019-9035 | | - | 6/24/2005<br><br>Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401<br><br>Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No.<br><br>**Escher, Caspar H., Jr.**<br>1800 Whitehall Lane<br>Saint Helena, CA 94574-9787 | | - | 1/25/2005<br><br>Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401<br><br>Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No.<br><br>**Everett H. Johnston Family Trust**<br>Everett H. Johnston, Trustee<br>P.O. Box 3605<br>Incline Village, NV 89450-3605 | | - | 1/25/2005<br><br>Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401<br><br>Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |

Sheet __14__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal | 400,000.00 | 0.00
(Total of this page)

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **HFAH Clear Lake LLC**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Favro Trust dated 9/14/00 William & Carol Favro, Trustees 8909 Rocky Shore Drive Las Vegas, NV 89117-2378 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $   4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Fernandez Family Trust dated 6/30/84 Larry Fernandez, Trustee 3312 Plaza Del Paz Las Vegas, NV 89102-4032 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $   4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Fetterly, Lynn P.O. Box 5986 Incline Village, NV 89450-5986 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $   4,225,000.00 | | | | 70,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Fine, Lewis H. & Arlene J. P.O. Box 598 Heber City, UT 84032-0598 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $   4,225,000.00 | | | | 80,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Flannery, Anne 723 Hillview Drive Arlington, TX 76011-2371 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $   4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __15__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

350,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**
_____ ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| **Fossati, David** **816 Oak Point Road** **Longview, WA 98632-9748** | - | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $        4,225,000.00 | | | | **160,000.00** | **Unknown** |
| Account No. | | | 6/24/2005 | | | | | |
| **Fraser Atwater Properties** **Edward Fraser** **14220 Sorrel Lane** **Reno, NV 89511** | - | | **Second Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $        4,225,000.00 | | | | **25,000.00** | **Unknown** |
| Account No. | | | 1/25/2005 | | | | | |
| **Fred G. Neufeld IRA** **Equity Trust Company, Custodian** **P.O. Box 1529** **Elyria, OH 44036-1529** | - | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $        4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | 1/25/2005 | | | | | |
| **Gale Gladstrone-Katz Rev Lvg Tr** **12/10/03** **Gale Gladstone-Katz, Trustee** **5757 W. Century Blvd., #700** **Los Angeles, CA 90045-6409** | - | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $        4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | 6/24/2005 | | | | | |
| **Gaylord, Edmund G. & Betty Boese** **4202 Harbor Blvd.** **Port Charlotte, FL 33952-9124** | - | | **Second Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $        4,225,000.00 | | | | **50,000.00** | **Unknown** |

Sheet __16__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 335,000.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re __HFAH Clear Lake LLC_____ ,    Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Geiger, Robert & Ruth 1352 Mount Hood Street Las Vegas, NV 89110-1916 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| George & Natalie Cohan Family Trust George S. Cohan, Trustee 2048 Foxfire Court Henderson, NV 89012-2190 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 200,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Gerald R. & Diana F. Weiland Trust Diana F. Weiland, Trustee 977 Hano Circle Ivins, UT 84738-6370 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 60,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Germain, Stanley & Dorothy P.O. Box 307 Montrose, CA 91021-0307 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Gilbert Manuel Living Trust Gilbert Manuel, Trustee 4617 Constitution Avenue, NE Albuquerque, NM 87110-5739 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet _17_ of _49_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        410,000.00        0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __HFAH Clear Lake LLC_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| Goldstein, Barry & Patricia 19955 NE 38th Court, #2604 Aventury, FL 33180-3432 | | | - | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Graham Family Trust dtd 10/26/78 Robin B. & Celia Graham, Trustees 1460 Twinridge Road Santa Barbara, CA 93111-1223 | | | - | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Gregory Family Trust of 1988 Kim & Debbie Gregory, Trustees 6242 Coley Avenue Las Vegas, NV 89146-5213 | | | - | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Grist, Inga 9041 Newcombe Street Las Vegas, NV 89123-5334 | | | - | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 55,000.00 | Unknown |
| Account No. | | | | | 6/24/2005 | | | | | |
| Gunderson, Wynn A. & Lorraine J. 33941 N 67th Street Scottsdale, AZ 85266-0725 | | | - | | Second Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __18__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          305,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 6/24/2005 | | | | | |
| Hale, James W., Sr. 6139 Tigertail Drive SW Olympia, WA 98512 | | - | | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 6/24/2005 | | | | | |
| Hale, Larry & Veronica 621 E. Chestnut Goldsby, OK 73093 | | - | | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Hamilton M. High IRA First Trust Co. of Onaga, Custodian 2884 E. Point Drive Chesapeake, VA 23321-4125 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 66,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Hansen, Christian 1466 Westwind Road Las Vegas, NV 89146-1332 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Hansen, Edwin & Rachel 2549 Shettler Road Muskegon, MI 49444-4356 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 130,000.00 | Unknown |

Sheet __19__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          446,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| Harms, Kurt & Sandra 5513 Indian Hills Avenue Las Vegas, NV 89130-2073 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $       4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Hart, Kay J. Kay J. Hart in care of Thomas Privette 172 Lemonton Way Radnor, PA 19087-4670 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $       4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Harvey Andrew Rineer III Trust Harvey Andrew Rineer III,  Trustee 3756 Sauceda Lane Las Vegas, NV 89103-0102 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $       4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Heffner Family Trust dtd 9/10/02 Michael T. & Barbara C. Heffner,Trustees 1705 Caughlin Creek Road Reno, NV 89519-0687 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $       4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Helen C. Makepeace Surviv. Trust 6/18/97 Helen C. Makepeace, Trustee 2445 Hardin Ridge Drive Henderson, NV 89052-7084 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $       4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet **20** __ of **49** __ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                               350,000.00                0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **HFAH Clear Lake LLC**
                                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Helms Homes, LLC 809 Upland Blvd. Las Vegas, NV 89107-3719 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $         4,225,000.00 | | | | 550,000.00 | Unknown |
| Account No. | | | Judgment Lien | | | | | |
| Hilley & Wyant-Cortez, P.A. 860 US Highway One Suite 108 North Palm Beach, FL 33408 | | - | | | | | | |
| | | | Value $                    0.00 | | | | 17,231.00 | 0.00 |
| Account No. | | | Judgment Lien | | | | | |
| Hilley & Wyant-Cortez, P.A. 860 US Highway One Suite 108 North Palm Beach, FL 33408 | | - | | | | | | |
| | | | Value $                    0.00 | | | | 1,704.50 | 0.00 |
| Account No. | | | 1/25/2005 | | | | | |
| Horak, Mila 2319 Meadowland Court Westlake Village, CA 91361-1820 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $         4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Hulse Family Trust Rodney & Cathryn Hulse, Trustees 355 E. 1100 S Mapleton, UT 84664-5012 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $         4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __21__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  668,935.50  |  0.00  |

B6D (Official Form 6D) (12/07) - Cont.

In re   **HFAH Clear Lake LLC**                       ,       Case No. _____
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | H W J C | 6/24/2005 | | | | | |
| Irwin, Leslie<br>P.O. Box 22342<br>Carson City, NV 89721 | | - | Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $     4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Jack J. Beaulieu Revocable Liv Trust<br>Jack J. Beaulieu, Trustee<br>2502 Palma Vista Avenue<br>Las Vegas, NV 89121-2129 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $     4,225,000.00 | | | | 150,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Jacqueline Thurmond IRA<br>First Savings Bank, Custodian<br>1512 MacDonald Ranch Drive<br>Henderson, NV 89012-7249 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $     4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| James & Arla Lawrence Rev Trust<br>James & Arla Lawrence, Trustees<br>14412 N. Giant Saguaro Place<br>Oro Valley, AZ 85755-8556 | | - | Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $     4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Jay E. Henman Retirement Plan<br>Jay E. Henman, Trustee<br>1023 Ridgeview Court<br>Carson City, NV 89705-8054 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $     4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __22__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)        325,000.00        0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **HFAH Clear Lake LLC**                                                    , Case No. _____
_____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 1/25/2005 | | | | | |
| Johnson Family Trust dtd 2/17/98 Albert & Norma J. Johnson, Trustees 20802 N. Grayhawk Dr., #1035 Scottsdale, AZ 85255-6434 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 60,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Johnston Estate Rev Trust dtd 5/17/94 Delbert & Rebecca Johnston, Trustees 8027 E. Williams Drive Scottsdale, AZ 85255-4910 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Kantor Family Trust dtd 5/6/82 Ronald & Ruth E. Kantor, Trustees 1921 N. Beverly Drive Beverly Hills, CA 90210-1612 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Karen L. Pidgeon 2006 Lvg Tst 2/27/06 Karen L. Pidgeon, Trustee P.O. Box 41619 Sacramento, CA 95841-1619 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Kehl, Robert & Ruth 4963 Mesa Capella Drive Las Vegas, NV 89148-1441 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 5,000.00 | Unknown |

Sheet __23__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)              265,000.00              0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **HFAH Clear Lake LLC** , Case No. _____
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Ken M. Jaffe & Amy Jaffe-Rosen Carole Jaffe In Trust 3675 N. Country Club Dr., #2102 Aventura, FL 33180-1709 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Kenneth H. & Phyllis P. Wyatt Fam Trust Kenneth & Phyllis Wyatt, Trustees P.O. Box 370400 Las Vegas, NV 89137-0400 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | Judgment Lien | | | | | |
| Keshavarz & Associates, Inc. c/o Joseph M. Considine, Esq. 5201 Village Blvd., Suite C West Palm Beach, FL 33407 | | - | 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 12,980.14 | 0.00 |
| Account No. | | | 1/25/2005 | | | | | |
| Kimberly Havins, Trustee 3125 Shadowleaf Court Las Vegas, NV 89117-3256 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 80,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Klevay,  Walter & Gai 1818 N. Victoria Park Road Fort Lauderdale, FL 33304-4476 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __24__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 242,980.14 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 1/25/2005 | | | | | |
| KTaylorGO Investments, Ltd. P.O. Box 911209 Saint George, UT 84791-1209 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Kuiper Trust Lammert & Audrey Kuiper, Jr. 1120 Broken Hills Drive Henderson, NV 89011-3049 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Lanzas, Jose M. & Gladys 3345 Spotted Fawn Drive Orlando, FL 32817-5006 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 20,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Larry L. & Patsy R. Rieger Rev Trust Larry L. & Patsy R. Rieger, Trustees 2615 Glen Eagles Drive Reno, NV 89523-2080 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 120,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Latorra, Michael & Joan 40124 Corte Azul Indio, CA 92203-7547 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 75,000.00 | Unknown |

Sheet __25__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

365,000.00                0.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **HFAH Clear Lake LLC**
                                                                              ,   Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| Lee Rotchy Trust dtd 12/5/00 Lee Rotchy, Trustee 338 Omni Drive Sparks, NV 89441-7256 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| LK Wolfe Family, LP 9234 Wiley Lane Portland, OR 97229-8069 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Lyall, Brant & Kathy J. 1956 Twin Sun Cir. Walled Lake, MI 48390-4404 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| M & J Cauchois Family Trust Maurice & Jacqueline Cauchois, Trustees 697 Blue Lake Drive Boulder City, NV 89005-1534 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 6/24/2005 | | | | | |
| Maheshwari, Rabinder & Usha 101 Utah Street, #130 San Francisco, CA 94103-4839 | | - | | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |

Sheet __26__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 300,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC**
_____,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 6/24/2005 | | | | | |
| Maldonado Trust Under Agr Lou O. Maldonado, Trustee 303 E. Wildwood Drive Phoenix, AZ 85048-2015 | | - | | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $              4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Mamuad, Tamra A. 7935 Placid Street Las Vegas, NV 89123-1848 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $              4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Manuel G. Rice IRA First Savings Bank, Custodian 2061 Sea Cove Lane Costa Mesa, CA 92627-4033 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $              4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Marion C. Sharp Trust Marion C. Sharp, Trustee 20 Leroy Terrace New Haven, CT 06512-3114 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $              4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 6/24/205 | | | | | |
| McCollum, James W. & Pamela P. 915 Ocean Blvd. Coronado, CA 92118-2839 | | - | | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $              4,225,000.00 | | | | 250,000.00 | Unknown |

Sheet  **27**  of  **49**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

475,000.00                0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**
_____,    Case No. _____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| McMullan Living Trust Dale J. or Patricia E. McMullan,Trustees 2605 Youngdale Drive Las Vegas, NV 89134-7874 | - | | | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $    4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| McPherson, David & Susan P.O. Box 126 Sturgis, SD 57785-0126 | - | | | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $    4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 6/24/2005 | | | | | |
| McQuown, Robin 2399 Brockton Way Henderson, NV 89074 | - | | | | Second Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $    4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Michael Greeley Trust dtd 7/27/00 Mary Saunders, Trustee 44335 Camino Azul La Quinta, CA 92253-3986 | - | | | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $    4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Michael H. Greeley IRA First Svgs Bank, Cust. M. Saunders 44335 Camino Azul La Quinta, CA 92253-3986 | - | | | | Mortgage  719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $    4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __28__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 225,000.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC**
_____ ,    Case No. _____
                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Michaelian Holdings, LLC** **413 Canyon Greens Drive** **Las Vegas, NV 89144-0829** | - | | | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Michelsen, Gary A.** **P.O. Box 1642** **Zephyr Cove, NV 89448-1642** | - | | | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | | | 1/25/2005 | | | | | |
| **MLH Family Investment Limited** **8912 E. Pinnacle Peak Rd., #F9-602** **Scottsdale, AZ 85255-3659** | - | | | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **100,000.00** | **Unknown** |
| Account No. | | | | | 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| **Moberly, Karen** **301 Leonard Street** **Suite 200** **Onaga, KS 66521** | - | | | | | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **25,000.00** | **Unknown** |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Mojave Canyon, Inc.** **J.B. Partain, President** **1400 Colorado Street, Ste. C** **Boulder City, NV 89005** | - | | | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **150,000.00** | **Unknown** |

Sheet __29__ of __49__ continuation sheets attached to     Subtotal     **375,000.00**     **0.00**
Schedule of Creditors Holding Secured Claims        (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                  ,    Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Molitch 1997 Trust Matthew Molitch, Trustee 11262 Corsica Mist Avenue Las Vegas, NV 89135-1349 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Monighetti, Inc. 6515 Frankie Lane Prunedale, CA 93907-8540 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Murray, Lamoine & Lois 4934 Larkspur Lane Ogden, UT 84403-4426 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Nancy Brauer IRA First Savings Bank Custodian 2222 Albion Street Denver, CO 80207-3708 | | - | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Nelson, IV., James S. & Delana D. 13555 Bittersweet Road Rapid City, SD 57702-6113 | | - | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $ 4,225,000.00 | | | | 100,000.00 | Unknown |

Sheet __30__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

275,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 6/24/2005 | | | | | |
| **Nicholas Loader Trust U/A** **Nicholas Loader, Trustee** **101425 Overseas Hwy. PMB 706** **Key Largo, FL 33037-4505** | - | | | | **Second Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **100,000.00** | **Unknown** |
| Account No. | | | | | 6/24/2005 | | | | | |
| **O'Connor Rev. Trust** **Robert H. O'Connor** **200 Rainbow Drive, #10236** **Livingston, TX 77399** | - | | | | **Second Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **100,000.00** | **Unknown** |
| Account No. | | | | | 6/24/2005 | | | | | |
| **O'Sullivan, Patrick Edward & Soon Young** **7328 Gentle Valley Street** **Las Vegas, NV 89149-1616** | - | | | | **Second Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **25,000.00** | **Unknown** |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Olds, David & Sally** **25 N. Washington Street** **Port Washington, NY 11050-2700** | - | | | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | | | 1/25/2005 | | | | | |
| **Oosthulzen, Adrian J.R.** **5860 Lausanne Drive** **Reno, NV 89511-5034** | - | | | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | | | Value $         4,225,000.00 | | | | **50,000.00** | **Unknown** |

Sheet  **31**  of  **49**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **325,000.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Ovca Associates, Inc. Dnd Pension Plan William J. Ovca, Jr., Trustee 410 Upper Lake Road Lake Sherwood, CA 91361-5141 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| P. Morgan Trust dtd 7/1/88 Paula A. Morgan, Trustee 1005 Windfair Village Street Las Vegas, NV 89145-8664 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| P.E. & R.L. McMullin Family Trust Phillip & Rosemarie McMullin 578 Sutton Way, PMB 223 Grass Valley, CA 95945-5390 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Pan, Jingxiu Jason 4296 Desert Highlands Drive Sparks, NV 89436-7653 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 130,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Parker, Charles & Mary 14470 Emerald Path Apple Valley, MN 55124-6640 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __32__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | |
|---|---|
| 330,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                    , Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Peter C. Cranston IRA First Savings Bank, Custodian 8709 Litchfield Avenue Las Vegas, NV 89134-8551 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 60,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Phenix, Betty J. 1745 Cedarwood Drive Minden, NV 89423-4730 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Pollard, Charles 31302 Mulholland Hwy. Malibu, CA 90265-2701 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Port, Morton J. P.O. Box 4505 Incline Village, NV 89450-4505 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Prescia Investments, LLC Anthony & Nancy Prescia, Managers 5475 W. Teco Avenue Las Vegas, NV 89118-2814 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 75,000.00 | Unknown |

Sheet __33__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 285,000.00 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                          ,                    Case No. _____
                                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| R. David Ferrera IRA First Savings Bank, Custodian 621 Mills Road Sacramento, CA 95864-4913 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 6/24/2005 | | | | | |
| Rausch, Lawrence 10708 Brinkwood Avenue Las Vegas, NV 89134-5245 | - | | | | Second Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Rayment, Alexander & Maria 5 Rue Fabien Riviere, Eysses Eysses, Villenueve Sur Lot | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Reno Arntical Corp Def Ben Ret Plan Richard R. Tracy, Trustee 3000 Old Ranch Road Carson City, NV 89704-9542 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 75,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Restated Moon 1987 Irrev Trust Freida Moon 2504 Callita Court Las Vegas, NV 89102-2020 | - | | | | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __34__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

250,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re __**HFAH Clear Lake LLC**_____,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| **Reynolds, Emil & Anna** **982 E. Country Road 350 S** **Greencastle, IN 46135-7300** | - | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $         4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | 1/25/2005 | | | | | |
| **Richard A. Nielsen Inc. PS Plan** **Richard A. Nielsen** **1305 Bonnie Cove Avenue** **Glendora, CA 91740-5204** | - | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $         4,225,000.00 | | | | **100,000.00** | **Unknown** |
| Account No. | | | 1/25/2005 | | | | | |
| **Richard F. Casey III IRA** **Sterling Trust Company** **7901 Fish Pond Road** **Waco, TX 76710-1096** | - | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $         4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | 1/25/2005 | | | | | |
| **Richard R. & Ursula W. Tracy** **3000 Old Ranch Road** **Carson City, NV 89704-9542** | - | | **Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $         4,225,000.00 | | | | **50,000.00** | **Unknown** |
| Account No. | | | 6/24/2005 | | | | | |
| **Riedman, Thomas T.** **995 Putnam Avenue** **North Merrick, NY 11566-1215** | - | | **Second Mortgage** **719 Executive Center Drive** **West Palm Beach, FL 33401** | | | | | |
| | | | Value $         4,225,000.00 | | | | **30,000.00** | **Unknown** |

Sheet __35__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**280,000.00** | **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                      ,    Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Rita P. Anderson Trust<br>Rity P. Anderson, Trustee<br>211 Copper Ridge Court<br>Boulder City, NV 89005-1211 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Robbins, Cassandra J.<br>57 Toppler Drive<br>Castle Rock, CO 80108-8208 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Robert L. Ogren Trust<br>Rober tL. Ogren, Trustee<br>3768 Rich Stratton Drive<br>Las Vegas, NV 89120-2647 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 60,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Robert W. Ulm Living Trust<br>Robert W. Ulm, Trustee<br>414 Morning Glory Road<br>Saint Marys, GA 31558-4139 | | - | Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Robert Williams Ulm IRA<br>Penso Trust Company, Custodian<br>414 Morning Glory Road<br>Saint Marys, GA 31558-4139 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 60,000.00 | Unknown |

Sheet __36__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            295,000.00            0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC** ,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robinson, Alan & Gail**<br>**4919 N. Mildred Street**<br>**Tacoma, WA 98407-1329** | - | | **1/25/2005**<br><br>**Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | Value $          **4,225,000.00** | | | | **100,000.00** | **Unknown** |
| Account No.<br><br>**Ronald & Karen Cazier Family Trust**<br>**Ronald Norman & Karen Cazier, Trustees**<br>**3053 Sweetgum Way**<br>**Saint George, UT 84790-8273** | - | | **1/25/2005**<br><br>**Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | Value $          **4,225,000.00** | | | | **50,000.00** | **Unknown** |
| Account No.<br><br>**Rosenstein, Stuart M. & Deborah H.**<br>**13 Arlington Drive**<br>**Marlboro, NJ 07746-2241** | - | | **1/25/2005**<br><br>**Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | Value $          **4,225,000.00** | | | | **50,000.00** | **Unknown** |
| Account No.<br><br>**S &P Davis Limited Partnership**<br>**737 Bannerman Lane**<br>**Fort Mill, SC 29715-7858** | - | | **1/25/2005**<br><br>**Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | Value $          **4,225,000.00** | | | | **50,000.00** | **Unknown** |
| Account No.<br><br>**Sac. Rsrch Med Gp Def Ben Pen Pln**<br>**R. David Ferrera, Trustee**<br>**621 Mills Road**<br>**Sacramento, CA 95864-4913** | - | | **1/25/2005**<br><br>**Mortgage**<br><br>**719 Executive Center Drive**<br>**West Palm Beach, FL 33401** | | | | | |
| | | | Value $          **4,225,000.00** | | | | **50,000.00** | **Unknown** |

Sheet __37__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          **300,000.00**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                        ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Sailon, David & Joan 2436 Cliffwood Drive Henderson, NV 89074-5884 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 500,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Samsen, Howard & Vera 9948 Arbuckle Drive Las Vegas, NV 89134-7530 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Schmidt Family Trust Julius Schmidt, Trustee 2759 Darby Falls Drive Las Vegas, NV 89134-7475 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Schroeder, David W. 864 Granville Avenue, #1 Los Angeles, CA 90049-5422 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Schulze, Douglas & Doreen P.O. Box 788 Pipestone, MN 56164-0788 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $                4,225,000.00 | | | | 80,000.00 | Unknown |

Sheet  **38**  of  **49**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

730,000.00          0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Schwartz & Earp Joint Venture 609 N. Laurel Street El Paso, TX 79903-3401 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $      4,225,000.00 | | | | 57,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Scott A. Sack Irrev Trust Burton M. Sack, Trustee 415 L' Ambiance Drive, Ph-D Longboat Key, FL 34228-3916 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $      4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Senfeld, Milton & Barbara 12422 Crystal Pointe Dr., #201 Boynton Beach, FL 33437-7214 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $      4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Sexton, David W. & Pamela K. 21929 N. 79th Place Scottsdale, AZ 85255-4890 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $      4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Sharp, Douglas 3128 E. University Avenue Las Vegas, NV 89121 | | - | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $      4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet **39** of **49** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 307,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    __HFAH Clear Lake LLC_____,    Case No. _____

                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Sharpe, Ronald 6811 San Ricardo, #204 Las Vegas, NV 89146-0871 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Shellie Hilgenberg IRA First Savings Bank, Custodian 370 Pinecrest Drive Laguna Beach, CA 92651-1452 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Shimon & Hannah K. Peress Trust Shimon & Hannah Peress, Trustees 8109 Sapphire Bay Circle Las Vegas, NV 89128-7738 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Shoichet, Mollie 7112 Corning Circle Boynton Beach, FL 33437-3986 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Shoup, Donald E. & Sharon K. 417 West Street Wellsville, MO 63384-1145 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |

Sheet __40__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 325,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **HFAH Clear Lake LLC**                                    ,        Case No. _____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Simmons, Alan & Judith<br>P.O. Box 13296<br>South Lake Tahoe, CA 96151-3296 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $              4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Sindler, Tara<br>2112 Plaza Del Fuentes<br>Las Vegas, NV 89102-3912 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $              4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Soro, Francesco<br>P.O. Box 34602<br>Las Vegas, NV 89133-4602 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $              4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Spindle, Clifton H. & Verna R.<br>1332 E. Lone Oak Road<br>Valley View, TX 76272-7339 | | - | Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $              4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Spinelli, Michele<br>16636 Fairfax Court<br>Tinley Park, IL 60477 | | - | Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $              4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __41__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | 250,000.00 | 0.00 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **HFAH Clear Lake LLC** ,                                          Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 6/24/2005 | | | | | |
| Springer, Nick 354 Hwy 99 S Cottage Grove, OR 97424 | | - | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 75,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Stein, Aswin 12626 Hunters Chase San Antonio, TX 78230 | | - | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Stein, Athanasia Stein, Aswin 12626 Hunters Chase San Antonio, TX 78230 | | - | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Stewart Family Trust dtd 1/15/98 Michael D. & Mary Jude Stewart 294 E. Davie Street Raleigh, NC 27601-1808 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Sturza, Harold 2705 Orchid Valley Drive Las Vegas, NV 89134-7327 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $          4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __42__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 275,000.00 | 0.00 |
|---|---|

**B6D (Official Form 6D) (12/07) - Cont.**

In re   **HFAH Clear Lake LLC**                                                    ,         Case No. _____
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 6/24/2005 | | | | | |
| Suzanne Brehmer IRA First Trust Co. of Onaga, Custodian 1235 White Avenue Grand Junction, CO 81501-4535 | - | | | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 37,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Suzanne Liewer 2000 Revocable Trust Suzanne Liewer, Trustee 6 Eddystone Court Redwood City, CA 94065-1264 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Swilley, Louis C. 4314 Dickson Street Houston, TX 77007-7321 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 2009-2013 | | | | | |
| Tax Collector, Palm Beach County P.O. Box 3715 West Palm Beach, FL 33402-3715 | - | | | | Real Property Taxes 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 944,808.28 | 0.00 |
| Account No. | | | | | 6/24/2005 | | | | | |
| Taylor Family Trust dtd 6/18/97 John Taylor & Joy Taylor, Trustees 13658 La Jolla Circle, #8B La Mirada, CA 90638 | - | | | | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $           4,225,000.00 | | | | 200,000.00 | Unknown |

Sheet __43__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

|  | 1,281,808.28 | 0.00 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re __HFAH Clear Lake LLC_____,    Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Terry Audbrey Living Trust 9/4/90<br>Terry A. Zimmerman, Trustee<br>2274 Trafalgar Court<br>Henderson, NV 89074-5326 | | - | 1/25/2005<br><br>Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $             4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No.<br><br>Terry Helms Living Trust<br>Terry Helms, Trustee<br>809 Upland Blvd.<br>Las Vegas, NV 89107-3719 | | - | 1/25/2005<br><br>Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $             4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No.<br><br>The Daniel Living Trust<br>Mark A. & Cathy Daniel<br>20 Redonda<br>Irvine, CA 92620 | | - | 1/25/2005<br><br>Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $             4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No.<br><br>The Ernie C. Young Lvg Trust dtd 9/23/96<br>Ernie C. Young, Trustee<br>P.O. Box 19035<br>Jean, NV 89019 | | - | 6/24/2005<br><br>Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $             4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No.<br><br>The Gaston Trust dtd 12/31/02<br>Titan Management, Ltd., Trustee<br>8635 W. Sahara Avenue<br>Suite 100<br>Las Vegas, NV 89117 | | - | 6/24/2005<br><br>Second Mortgage<br><br>719 Executive Center Drive<br>West Palm Beach, FL 33401 | | | | | |
| | | | Value $             4,225,000.00 | | | | 250,000.00 | Unknown |

Sheet __44__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 600,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 6/24/2005 | | | | | |
| Tiki Investments Entprs. 2578 Highmore Avenue Henderson, NV 89052 | | - | Second Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 250,000.00 | Unknown |
| Account No. | | | 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| Tina M. Wener IRA First Savings Bank Custodian 655 Sky Canyon Reno, NV 89510-9102 | | - | | | | | | |
| | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| TK & Associates 31140 361st Lane Le Sueur, MN 56058-3392 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Tomczak Family Trust Sigmund L. & Diana Tomczak 8507 S. Harmon Extension Road Spokane, WA 99223-9346 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 75,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| Trapman, Anton & Irene 8630 St. James Avenue, Apt. E21 Elmhurst, NY 11373-3830 | | - | Second Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 25,000.00 | Unknown |

Sheet  45   of  49   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 450,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                          ,    Case No. _____
_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1/25/2005 | | | | | |
| Trujillo, Carlos A. 2818 Horseshoe Drive Las Vegas, NV 89120-3338 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 120,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Underpass Trust Ronald K. Montesano, Trustee 5121 Big River Avenue Las Vegas, NV 89030 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| USA Capital Dvrsfd Tst Deed Fund FTI Consulting 2 North Central Avenue, #1200 Phoenix, AZ 85004-2349 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 141,000.00 | Unknown |
| Account No. | | | 6/24/2005 | | | | | |
| USA Commercial Mtg. Co. USACM Liq. Trust William A. Leonard, Jr. 228 South Florida Street, 1st Floor Las Vegas, NV 89101 | | - | Second Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | X | | |
| | | | Value $           4,225,000.00 | | | | Unknown | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| USA Commercial Real Estate Group 112 E. Pecan Street Suite 1800 San Antonio, TX 78205-1521 | | - | Mortgage<br><br>719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $           4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __46__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 361,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                                                    ,        Case No. _____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| Valair, Gloria 3524 Webster Street San Francisco, CA 94123-1717 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Van Sickle Family Trust Lloyd F. Van Sickle, Trustee 5626 E. Edgemont Avenue Scottsdale, AZ 85257-1026 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $                4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Ventura, Roy R. Jr., & Nancy B. Unit 8135 - Usaid FPO, AP 96520-8135 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $                4,225,000.00 | | | | 30,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Verusio Solutions, LLC 208 Clarence Way Fremont, CA 94539-3873 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $                4,225,000.00 | | | | 75,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Violet, Melody J. P.O. Box 2201 Vista, CA 92085-2201 | - | | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $                4,225,000.00 | | | | 50,000.00 | Unknown |

Sheet __47__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 305,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **HFAH Clear Lake LLC** , Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | 1/25/2005 | | | | | |
| Von Tagen Trust dtd 5/2/96 Madeline P. Von Tagen, Trustee 8557 Little Fox Street Las Vegas, NV 89123-2711 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Weber, Heinrich & Brigitte 2099 Westglen Court Reno, NV 89523-3222 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 150,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Westbrook, Connie 14320 Ghost Rider Drive Reno, NV 89511-8101 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Wilkinson, Barton R. & Dianna J. 141 Sonny Drive Kooskia, ID 83539-5116 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 70,000.00 | Unknown |
| Account No. | | | | | 1/25/2005 | | | | | |
| Willard Family Trust Shirley Mae Willard 7031 Scripps Crescent Goleta, CA 93117-2953 | | - | | | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |

Sheet __48__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 420,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **HFAH Clear Lake LLC**                                              ,    Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 6/24/2005 | | | | | |
| Windisch, Frederick P. 20 S. Federal Highway Boynton Beach, FL 33435 | | - | Second Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 25,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Zappulla, Joseph & Carol 3128 E. Blue Sage Court Gilbert, AZ 85297-6001 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 100,000.00 | Unknown |
| Account No. | | | 1/25/2005 | | | | | |
| Zerbo, Anthony J. 780 Saratoga Avenue, #S107 San Jose, CA 95129-2404 | | - | Mortgage 719 Executive Center Drive West Palm Beach, FL 33401 | | | | | |
| | | | Value $            4,225,000.00 | | | | 50,000.00 | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __49__ of __49__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 175,000.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 29,698,142.87 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **HFAH Clear Lake LLC** _____ ,    Case No. _____
<br>
                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

           **1**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **HFAH Clear Lake LLC** _____,   Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxes for 2014 | | | | | |
| **Tax Collector, Palm Beach County P.O. Box 3715 West Palm Beach, FL 33402-3715** | - | | | | | | Unknown | Unknown<br><br>Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __HFAH Clear Lake LLC_____ ,    Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **City of West Palm Beach Public Utilities 401 Clematis Street West Palm Beach, FL 33401** | | | | | | | | **358,526.27** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | **358,526.27** |
| | Total (Report on Summary of Schedules) | **358,526.27** |

B6G (Official Form 6G) (12/07)

.

In re    **HFAH Clear Lake LLC**                                     ,    Case No. _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Revenue Properties (US) Inc.**<br>**2542 Williams Blvd.**<br>**Kenner, LA 70062** | **Purchase and Sale Agreement for the Debtor's Real Property - 719 Executive Center Drive, in the City of West Palm Beach, Palm Beach County, Florida 33401 [Tax Parcel ID Nos. 74-43-43-20-01-007-0000 & 74-43-43-20-01-007-0010]** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H)  (12/07)

In re    **HFAH Clear Lake LLC**                                                    Case No. _____
                                            Debtor(s)

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Homes for America Holdings, Inc.**<br>**c/o Keldar Advisors LLC**<br>**245 Saw Mill River Road, Suite 106**<br>**Hawthorne, NY 10532-1547** | First and second mortgage holders listed on Schedule D |

Sheet 1 of 1 total sheets in Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **HFAH Clear Lake LLC**

                                          Debtor(s)

Case No. _____

Chapter    **11**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**61**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 30, 2014**_____

Signature    **/s/ Daniel G. Hayes**_____
                    **Daniel G. Hayes**
                    **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    **HFAH Clear Lake LLC**                             Case No.

                                        Debtor(s)             Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                SOURCE

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Berger Singerman LLP 1450 Brickell Avenue Suite 1900 Miami, FL 33131** | **9/29/2014** | **$51,377.75** |

B7 (Official Form 7) (04/13)
4

### 10. Other transfers

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Homes for America Holdings, Inc.**<br>**c/o Keldar Advisors, LLC**<br>**245 Saw Mill River Road**<br>**Suite 106**<br>**Hawthorne, NY 10532-1547** | **Sole Member** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,        DATE AND PURPOSE        AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL        OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 30, 2014**              Signature   **/s/ Daniel G. Hayes**
                                                       **Daniel G. Hayes**
                                                       **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Southern District of Florida

In re   __HFAH Clear Lake LLC_____      Case No. _____
                                        Debtor(s)       Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __September 30, 2014_____       /s/ Daniel G. Hayes_____

                                                 **Daniel G. Hayes/Manager**
                                                 Signer/Title

1989 Kohler Living Trust Dtd 6/13/89
Guenther A. & Elfriede Kohler, Trustees
842 Overlook Court
San Mateo, CA 94403-3865


1996 Knobel Trust dtd 9/5/96
Anna S. Knobel, Trustee
8919 Challis Hill Lane
Charlotte, NC 28226-2687


1999 Rev Liv Trust
Richard J. Ryan, Trustee
9072 Sundial Drive
Las Vegas, NV 89134-8320


Abyane Family Trust Dtd 2/7/92
Ali M. & Soheila M. Abyane, Trustees
1707 Greenbriar Road
Glendale, CA 91207-1053


Alexander, Dr. Stanley & Florence
812 Sweetwater Club Blvd.
Longwood, FL 32779-2125


Allan R. & Jayne M. Eisenbach
2418 Topsaid Circle
Westlake Village, CA 91361-3435


Alta Funding, Inc.
99611 Overseas Hwy., #175
Key Largo, FL 33037-4344


Altman Living Trust dtd 11/4/04
Daniel & Barbara Altman, Trustees
P.O. Box 4134
Incline Village, NV 89450-4134


Aronson, Lawrence & Henrietta
7112 Corning Circle
Boynton Beach, FL 33437-3986


Arthur I. Kriss IRA
First Savings Bank, Custodian
2398 West 1050 North
Hurricane, UT 84737-3110

Asset Resolution LLC
c/o William A. Leonard, Trustee
228 South Florida Street
First Floor
Las Vegas, NV 89101


Au, Michael
850 E. Desert Inn Road, #PH3
Las Vegas, NV 89109


Barcia, Daniel C.
1600 Picket Court
Reno, NV 89521-5018


Bazzoli, Lidia
Bazzoli-Ferrari, Daniela
774 Mays Blvd., #10 PMB 293
Incline Village, NV 89451-9613


Bell, Larry & Garnet
2850 Old Pinto Court
Sparks, NV 89436-6416


Bert E. Arnlund CharRem Unitr
Bert E. Arnlund, Trustee
82 Innisbrook Avenue
Las Vegas, NV 89113-1242


Betteridge, David P.
977 Hano Circle
Ivins, UT 84738-6370


Birgen Family Trust
Virgil & La Donna Birgen, Trustees
2837 Bluff Point Drive
Las Vegas, NV 89134-8935


Boardwalk Investments Ltd. Partnership
James & Donna Bonfiglio
8635 W. Sahara Avenue, #220
Las Vegas, NV 89117-5858


Bolding, William & Carolyn
3961 Arizona Avenue
Las Vegas, NV 89104-5101

Borom, Charles E. & Lanna G.
6106 Sister Elsie Drive
Tujunga, CA 91042-2543


Brahy, Raymone & Rita
1078 Canyon Drive
New Braunfels, TX 78130-6004


Brenda J. High IRA
First Trust Co. of Onaga, Custodian
2884 E. Point Drive
Chesapeake, VA 23321-4125


Brooks Living Trust dtd 6/30/97
Howard & Doreen Brooks, Trustees
1894 U.S. Highway 50 E., #4-344
Carson City, NV 89701


BS Living Trust
B. Sindler, Trustee
c/o Nina M. Schwartz
2112 Plaza Del Fuentes
Las Vegas, NV 89102-3912


Busse, Brian H. & Dawn
37 Willow Wisp Terrace
Henderson, NV 89074-1724


Byrne Falke Living Trust
Byrne E. Falke, Sr., Trustee
P.O. Box 3774
Incline Village, NV 89450-3774


Cangelosi, Donna M.
5860 Lausanne Drive
Reno, NV 89511-5034


Capone, Peter W. & Deidre D.
P.O. Box 1470
Gardnerville, NV 89410-1470


Cardwell Chartable Trust
James B. Cardwell, Trustee
505 E. Windmill Lnd., #1-B-158
Las Vegas, NV 89123-1869

Cardwell Family Trust
James B. & Reba Jo Cardwell, Trustees
505 E. Windmill Lnd., #1-B-158
Las Vegas, NV 89123-1869


Ceglia, A. William
3720 Poco Lena Court
Washoe Valley, NV 89704-9646


Chamoun, Tony & Carmen
1935 Parkside Cir. S.
Boca Raton, FL 33486-8568


Charles B. Anderson Trust
Charles B. Anderson , Trustee
201 Broiles Drive
Jacksonville, TX 75766-3634


Charles D. Hopson, Living Trust
Charles D. Hopson, Trustee
3009 Cradle Mountain Drive
Las Vegas, NV 89134-7518


Chen, Wen Dai & Zhimin
14840 Redmond Drive
Reno, NV 89511-4530


Cheung, Kar Sei
3200 Alta Drive
Las Vegas, NV 89107-3206


Citrus Grove Apartments
NEED ADDRESS


City of West Palm Beach
City Attorney
401 Clematis Street
Fifth Floor, West
West Palm Beach, FL 33401


City of West Palm Beach
Public Utilities
401 Clematis Street
West Palm Beach, FL 33401

```
City of West Palm Beach
City Clerk
P.O. Box 3366
West Palm Beach, FL 33402


Clarence J. Greenwald IRA
First Regional Bank Custodian
5950 Laplace Court, #160
Carlsbad, CA 92008-8831


Clark, Jack R. & Reid, Linda C.
9900 Wilbur May Pkwy., #4701
Reno, NV 89521-3089


Crowe 1989 Family Rev Trust
Gary & Susan Crowe, Trustees
9132 Golden Eagle Drive
Las Vegas, NV 89134-6134


Cynthia Ann Pardee Trust
Cynthia Ann Pardee, Trustee
2051 Dewberry Court
Westlake Village, CA 91361-1810


Dalton Trust dtd 1/7/94
Bert A. Stevenson, Trustee
500 N. Estrella Pkwy., #B2-405
Goodyear, AZ 85338-4135


Daniel D. Newman Trust
Daniel D. Newman, Trustee
125 Elysian Drive
Sedona, AZ 86336-6836


Daniel K. Barbara J. Fix Fam Trust
Daniel & Barbara Fix, Trustees
113 Pebble Beach Drive
Trophy Club, TX 76262-9784


Dashosh, Laura
11333 Moorpark Street, #85
Toluca Lake, CA 91602-2618


Davenport, Frank
3372 Narod Street
Las Vegas, NV 89121-4218
```

David A. Sack Irrev Trust
Burton M. Sack, Trustee
415 L' Ambiance Drive, Ph-D
Longboat Key, FL 34228-3916


David B. & Renee A. Chaffin Family Trust
David B. & Renee A. Chaffin, Trustees
1855 Mansanita Circle
Reno, NV 89509-5260


Davis Family 2000 Trust
Martin & Virginia Davis Trustees
15 Whitewater Drive
Corona Del Mar, CA 92625-1440


Deberry, Tracy A.
1616 Scott Place
Encinitas, CA 92024-2465


Dennis Flier Defined Benefit Trust
20155 NE 38th Court, #1803
Aventura, FL 33180-3259


Dery, Ann & James D.
10 Longmeadow Lane
Beachwood, OH 44122-7518


DeVito, Dennis A.
17071 W. Dixie Highway
Miami, FL 33160-3773


Donald P. Clark Family Trust
Donald P. Clark, Trustee
305 W. Moana Lane
Reno, NV 89509-4984


Donaldson, Arthur T.
P.O. Box 307
Janesville, WI 53547-0307


Donovan, Mieko & Richard
3603 Herring Gull Lane, North
Las Vegas, NV 89084-2425

Dovanidis, Panagiotis
Dimitra Dovanidou
14 Mikinon Street
Glyfada, Athens


Drubin, Daniel & Laura
1363 W. Stony Run Place
Oro Valley, AZ 85755-8581


E.C. Taylor Sep Prop Trust
Evalyn C. Taylor, Trustee
1908 Rolling Dunes Ct.
Las Vegas, NV 89117-6919


E.L. Rogers 1991 Rev Lvg Trust
Eleanor L. Rogers, Trustee
78 Seal Rock Drive
San Francisco, CA 94121-1437


Earp, Mary & Mary H. Earp
700 Post Oak Court
El Paso, TX 79932-2512


Edwin & Dianne Foreman Trust
Edwin & Dianne E. Foreman, Trustee
10109 Shenandoah Drive
Santee, CA 92071-1656


Edwin L. Hausler, Jr., Trustee
4617 Constitution Avenue NE
Albuquerque, NM 87110-5739


Elowitz, Scott J.
200 Daniels Way, #210
Freehold, NJ 07728-2622


Enrico, Drs. David R. & Bonny K.
P.O. Box 1524
Driggs, ID 83422-0100


Ensign, Frank E.
P.O. Box 803
Wadsworth, NV 89442-0803

Ensign, Frank E.
P.O. Box 61770
Boulder City, NV 89006-1770


Eric C. Disbrow Md Prof. Shar. Plan
Eric C. Disbrow, Trustee
36470 Fairway Drive
Cameron Park, CA 95682-8626


Ernie C. Young Living Trust
Ernie C. Young, Trustee
P.O. Box 19035
Jean, NV 89019-9035


Escher, Caspar H., Jr.
1800 Whitehall Lane
Saint Helena, CA 94574-9787


Everett H. Johnston Family Trust
Everett H. Johnston, Trustee
P.O. Box 3605
Incline Village, NV 89450-3605


Favro Trust dated 9/14/00
William & Carol Favro, Trustees
8909 Rocky Shore Drive
Las Vegas, NV 89117-2378


Fernandez Family Trust dated 6/30/84
Larry Fernandez, Trustee
3312 Plaza Del Paz
Las Vegas, NV 89102-4032


Fetterly, Lynn
P.O. Box 5986
Incline Village, NV 89450-5986


Fine, Lewis H. & Arlene J.
P.O. Box 598
Heber City, UT 84032-0598


Flannery, Anne
723 Hillview Drive
Arlington, TX 76011-2371

Fossati, David
816 Oak Point Road
Longview, WA 98632-9748


Fraser Atwater Properties
Edward Fraser
14220 Sorrel Lane
Reno, NV 89511


Fred G. Neufeld IRA
Equity Trust Company, Custodian
P.O. Box 1529
Elyria, OH 44036-1529


Gale Gladstrone-Katz Rev Lvg Tr 12/10/03
Gale Gladstrone-Katz, Trustee
5757 W. Century Blvd., #700
Los Angeles, CA 90045-6409


Gaylord, Edmund G. & Betty Boese
4202 Harbor Blvd.
Port Charlotte, FL 33952-9124


Geiger, Robert & Ruth
1352 Mount Hood Street
Las Vegas, NV 89110-1916


George & Natalie Cohan Family Trust
George S. Cohan, Trustee
2048 Foxfire Court
Henderson, NV 89012-2190


Gerald R. & Diana F. Weiland Trust
Diana F. Weiland, Trustee
977 Hano Circle
Ivins, UT 84738-6370


Germain, Stanley & Dorothy
P.O. Box 307
Montrose, CA 91021-0307


Gilbert Manuel Living Trust
Gilbert Manuel, Trustee
4617 Constitution Avenue, NE
Albuquerque, NM 87110-5739

Goldstein, Barry & Patricia
19955 NE 38th Court, #2604
Aventury, FL 33180-3432


Graham Family Trust dtd 10/26/78
Robin B. & Celia Graham, Trustees
1460 Twinridge Road
Santa Barbara, CA 93111-1223


Gregory Family Trust of 1988
Kim & Debbie Gregory, Trustees
6242 Coley Avenue
Las Vegas, NV 89146-5213


Grist, Inga
9041 Newcombe Street
Las Vegas, NV 89123-5334


Gunderson, Wynn A. & Lorraine J.
33941 N 67th Street
Scottsdale, AZ 85266-0725


Hale, James W., Sr.
6139 Tigertail Drive SW
Olympia, WA 98512


Hale, Larry & Veronica
621 E. Chestnut
Goldsby, OK 73093


Hamilton M. High IRA
First Trust Co. of Onaga, Custodian
2884 E. Point Drive
Chesapeake, VA 23321-4125


Hansen, Christian
1466 Westwind Road
Las Vegas, NV 89146-1332


Hansen, Edwin & Rachel
2549 Shettler Road
Muskegon, MI 49444-4356

Harms, Kurt & Sandra
5513 Indian Hills Avenue
Las Vegas, NV 89130-2073


Hart, Kay J.
Kay J. Hart in care of Thomas Privette
172 Lemonton Way
Radnor, PA 19087-4670


Harvey Andrew Rineer III Trust
Harvey Andrew Rineer III,  Trustee
3756 Sauceda Lane
Las Vegas, NV 89103-0102


Heffner Family Trust dtd 9/10/02
Michael T. & Barbara C. Heffner,Trustees
1705 Caughlin Creek Road
Reno, NV 89519-0687


Helen C. Makepeace Surviv. Trust 6/18/97
Helen C. Makepeace, Trustee
2445 Hardin Ridge Drive
Henderson, NV 89052-7084


Helms Homes, LLC
809 Upland Blvd.
Las Vegas, NV 89107-3719


Hilley & Wyant-Cortez, P.A.
860 US Highway One
Suite 108
North Palm Beach, FL 33408


Homes for America Holdings, Inc.
c/o Keldar Advisors LLC
245 Saw Mill River Road, Suite 106
Hawthorne, NY 10532-1547


Homes for America Holdings, Inc.
c/o Keldar Advisors, LLC
245 Saw Mill River Road
Suite 106
Hawthorne, NY 10532-1547

Horak, Mila
2319 Meadowland Court
Westlake Village, CA 91361-1820


Hulse Family Trust
Rodney & Cathryn Hulse, Trustees
355 E. 1100 S
Mapleton, UT 84664-5012


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Irwin, Leslie
P.O. Box 22342
Carson City, NV 89721


Jack J. Beaulieu Revocable Liv Trust
Jack J. Beaulieu, Trustee
2502 Palma Vista Avenue
Las Vegas, NV 89121-2129


Jacqueline Thurmond IRA
First Savings Bank, Custodian
1512 MacDonald Ranch Drive
Henderson, NV 89012-7249


James & Arla Lawrence Rev Trust
James & Arla Lawrence, Trustees
14412 N. Giant Saguaro Place
Oro Valley, AZ 85755-8556


Jay E. Henman Retirement Plan
Jay E. Henman, Trustee
1023 Ridgeview Court
Carson City, NV 89705-8054


Johnson Family Trust dtd 2/17/98
Albert & Norma J. Johnson, Trustees
20802 N. Grayhawk Dr., #1035
Scottsdale, AZ 85255-6434


Johnston Estate Rev Trust dtd 5/17/94
Delbert & Rebecca Johnston, Trustees
8027 E. Williams Drive
Scottsdale, AZ 85255-4910

Kantor Family Trust dtd 5/6/82
Ronald & Ruth E. Kantor, Trustees
1921 N. Beverly Drive
Beverly Hills, CA 90210-1612


Karen L. Pidgeon 2006 Lvg Tst 2/27/06
Karen L. Pidgeon, Trustee
P.O. Box 41619
Sacramento, CA 95841-1619


Kehl, Robert & Ruth
4963 Mesa Capella Drive
Las Vegas, NV 89148-1441


Ken M. Jaffe & Amy Jaffe-Rosen
Carole Jaffe In Trust
3675 N. Country Club Dr., #2102
Aventura, FL 33180-1709


Kenneth H. & Phyllis P. Wyatt Fam Trust
Kenneth & Phyllis Wyatt, Trustees
P.O. Box 370400
Las Vegas, NV 89137-0400


Keshavarz & Associates, Inc.
c/o Joseph M. Considine, Esq.
5201 Village Blvd., Suite C
West Palm Beach, FL 33407


Kimberly Havins, Trustee
3125 Shadowleaf Court
Las Vegas, NV 89117-3256


Klevay,  Walter & Gai
1818 N. Victoria Park Road
Fort Lauderdale, FL 33304-4476


KTaylorGO Investments, Ltd.
P.O. Box 911209
Saint George, UT 84791-1209


Kuiper Trust
Lammert & Audrey Kuiper, Jr.
1120 Broken Hills Drive
Henderson, NV 89011-3049

Lanzas, Jose M. & Gladys
3345 Spotted Fawn Drive
Orlando, FL 32817-5006


Larry L. & Patsy R. Rieger Rev Trust
Larry L. & Patsy R. Rieger, Trustees
2615 Glen Eagles Drive
Reno, NV 89523-2080


Latorra, Michael & Joan
40124 Corte Azul
Indio, CA 92203-7547


Lee Rotchy Trust dtd 12/5/00
Lee Rotchy, Trustee
338 Omni Drive
Sparks, NV 89441-7256


LK Wolfe Family, LP
9234 Wiley Lane
Portland, OR 97229-8069


Lyall, Brant & Kathy J.
1956 Twin Sun Cir.
Walled Lake, MI 48390-4404


M & J Cauchois Family Trust
Maurice & Jacqueline Cauchois, Trustees
697 Blue Lake Drive
Boulder City, NV 89005-1534


Maheshwari, Rabinder & Usha
101 Utah Street, #130
San Francisco, CA 94103-4839


Maldonado Trust Under Agr
Lou O. Maldonado, Trustee
303 E. Wildwood Drive
Phoenix, AZ 85048-2015


Mamuad, Tamra A.
7935 Placid Street
Las Vegas, NV 89123-1848

Manuel G. Rice IRA
First Savings Bank, Custodian
2061 Sea Cove Lane
Costa Mesa, CA 92627-4033


Marion C. Sharp Trust
Marion C. Sharp, Trustee
20 Leroy Terrace
New Haven, CT 06512-3114


McCollum, James W. & Pamela P.
915 Ocean Blvd.
Coronado, CA 92118-2839


McMullan Living Trust
Dale J. or Patricia E. McMullan,Trustees
2605 Youngdale Drive
Las Vegas, NV 89134-7874


McPherson, David & Susan
P.O. Box 126
Sturgis, SD 57785-0126


McQuown, Robin
2399 Brockton Way
Henderson, NV 89074


Michael Greeley Trust dtd 7/27/00
Mary Saunders, Trustee
44335 Camino Azul
La Quinta, CA 92253-3986


Michael H. Greeley IRA
First Svgs Bank, Cust. M. Saunders
44335 Camino Azul
La Quinta, CA 92253-3986


Michaelian Holdings, LLC
413 Canyon Greens Drive
Las Vegas, NV 89144-0829


Michelsen, Gary A.
P.O. Box 1642
Zephyr Cove, NV 89448-1642

MLH Family Investment Limited
8912 E. Pinnacle Peak Rd., #F9-602
Scottsdale, AZ 85255-3659


Moberly, Karen
301 Leonard Street
Suite 200
Onaga, KS 66521


Mojave Canyon, Inc.
J.B. Partain, President
1400 Colorado Street, Ste. C
Boulder City, NV 89005


Molitch 1997 Trust
Matthew Molitch, Trustee
11262 Corsica Mist Avenue
Las Vegas, NV 89135-1349


Monighetti, Inc.
6515 Frankie Lane
Prunedale, CA 93907-8540


Murray, Lamoine & Lois
4934 Larkspur Lane
Ogden, UT 84403-4426


Nancy Brauer IRA
First Savings Bank Custodian
2222 Albion Street
Denver, CO 80207-3708


Nelson, IV., James S. & Delana D.
13555 Bittersweet Road
Rapid City, SD 57702-6113


Nicholas Loader Trust U/A
Nicholas Loader, Trustee
101425 Overseas Hwy. PMB 706
Key Largo, FL 33037-4505


Notice Party Only
Becker, Kenneth & Joanne
920 W. Elizabeth Street
Denver, CO 80209-5114

Notice Party Only
Joseph & Verna Bellan Rv Lv T dtd 2/4/00
2466 23rd Avenue
San Francisco, CA 94116-2437


Notice Party Only
Birgen Charitable Trust dtd 8/1/90
Virgil & La Donna Birgen Trustees
2837 Bluff Point Drive
Las Vegas, NV 89134-8935


Notice Party Only
Gerald L. Bittner, Jr. DDS PSP
Gerald L. Bittner, Jr. DDS
14309 Chester Avenue
Saratoga, CA 95070-5624


Notice Party Only
Rene C. Blanchard Char Rem Tr dtd 5/6/04
Rene C. Blanchard, Trustee
2211 N. Rampart Blvd., #125
Las Vegas, NV 89128-7640


Notice Party Only
Borkoski, John S. & Kathleen
1110 Elo Road
McCall, ID 83638-5125


Notice Party Only
Broders, John S.
1372 Puente Avenue
San Dimas, CA 91773-4447


Notice Party Only
Edward Burgess IRA
First Savings Bank, Custodian
P.O. Box 422
Royal, AR 71968-0422


Notice Party Only
Nancy R. Davis Defined Benefit Plan
Nancy R. Davis, Trustee
12291 Prosser Dam Road
Truckee, CA 96161-2913

Notice Party Only
Paepae Estate Trust dtd 5/1/00
Kimberly Havins, Trustee
3125 Shadowleaf Court
Las Vegas, NV 89117-3256


Notice Party Only
Homfeld II, LLC
2515 N. Atlantic Blvd.
Fort Lauderdale, FL 33305-1911


Notice Party Only
P.E. & R.L. McMullin Fm Tr dtd 4/80
Phillip & Rosemarie McMullin, Trustees
578 Sutton Way, PMB 223
Grass Valley, CA 95945-5390


Notice Party Only
ACS Properties, Inc.
4417 48th Avenue S
Saint Petersburg, FL 33711-4639


Notice Party Only
Messersmith, R.G. & Deaun
2705 Sun Meadow Drive
Twin Falls, ID 83301-8968


Notice Party Only
Mierau Living Trust Dtd 9/14/98
Robert & Sandra Mierau, Trustees
P.O. Box 562
Glenbrook, NV 89413-0562


Notice Party Only
Sandra M. Mogg Rev Lvg Tr dtd 4/9/04
Sandra M. Mogg, Trustee
485 Annet Street
Henderson, NV 89052-2615


Notice Party Only
Underpass Trust
Ronald K. Montesano, Trustee
5121 Big River Avenue
Las Vegas, NV 89030

Notice Party Only
Moreo, Jerry
485 Annet Street
Henderson, NV 89052-2615


Notice Party Only
Fred G. Neufeld IRA
Equity Trust Company, Custodian
P.O. Box 1529
Elyria, OH 44036-1529


Notice Party Only
Nicholas Perrone Trust dtd 7/12/99
Nicholas Perrone, Trustee
5112 San Anselmo Street
Las Vegas, NV 89120-1775


Notice Party Only
Rayment, Alexander & Maria
5 Rue Fabien Riviere, Eysses
Eysses, Villenueve Sur Lot


Notice Party Only
Robinson, Alan & Gail
4919 N. Mildred Street
Tacoma, WA 98407-1329


Notice Party Only
Ryan 1999 Rev Liv Trust dtd 11/15/99
Richard J. Ryan, Trustee
9072 Sundial Drive
Las Vegas, NV 89134-8320


Notice Party Only
BS Living Trust, B Sindler Tee
c/o Nina M. Schwartz
2112 Plaza Del Fuentes
Las Vegas, NV 89102-3912


Notice Party Only
Slovis, Herbert & Julie
50 Nottingham Drive
Old Bridge, NJ 08857-3243

Notice Party Only
E.C. Taylor Sep Prop Tr dtd 2/17/87
Evalyn C. Taylor, Trustee
1908 Rolling Dunes Court
Las Vegas, NV 89117-6916


Notice Party Only
Van Damme Family Trust
Gilbert Van Damme, Trustee
69 Avenue Alphonse XIII
Brussels, Belgium


Notice Party Only
Windisch 1998 Living Trust
Frederick P. Windisch, Trustee
P.O. Box 626
Lake Havasu City, AZ 86405-0626


Notice Party Only
Robert J. Yoder, Defined Benefit Plan
Robert J. Yoder, Trustee
12291 Prosser Dam Road
Truckee, CA 96161-2913


Notice Party Only
James R. Bonfiglio & Donna Bonfiglio
8635 W. Sahara Ave. PMB 220
Las Vegas, NV 89117


Notice Party Only
Chapin, Don
265 Joy Drive
Talent, OR 97540


Notice Party Only
Edwards, Jon
American Professional Valuation LLC
P.O. Box 947
Zephyr Cove, NV 89413


Notice Party Only
Flax, Martin
Martin L. Flax & Joan Flax, Trustees
4701 Santiago Drive
La Palma, CA 90623

Notice Party Only
Manna, Jeffrey
Jeffrey C. Manna & Nelda M. Manna, Tees
10624 S. Eastern, Ste. A401
Henderson, NV 89052


Notice Party Only
Opella, Libby
4816 Glenmorie Drive
Omaha, NE 68154


Notice Party Only
Sindler, Bernard
Bernard Sindler, Trustee
2112 Plaza Del Fuentes
Las Vegas, NV 89102


Notice Party Only
The Venneman Living Trust dtd 8/18/04
Bernard & Jean Venneman, Trustees
12945 Welcome Way
Reno, NV 89511


Notice Party Only
The Giovanni Spinelli Trust
Michele Spinelli, Trustee
16636 Fairfax Court
Tinley Park, IL 60477


Notice Party Only
Matthew S. McAfee
Driver, McAfee, Peek & Hawthorne, P.L.
One Independent Drive, Ste. 1200
Jacksonville, FL 32202


Notice Party Only
Sullivan, Hill, Lewin, et al.
James P. Hill
228 South Fourth Street, First Floor
Las Vegas, NV 89101


Notice Party Only
Eric N. McKay, Esq.
The Law Offices of Eric N. McKay
3948 3rd Street, Suite 297
Jacksonville Beach, FL 32250-5847

```
O'Connor Rev. Trust
Robert H. O'Connor
200 Rainbow Drive, #10236
Livingston, TX 77399


O'Sullivan, Patrick Edward & Soon Young
7328 Gentle Valley Street
Las Vegas, NV 89149-1616


Olds, David & Sally
25 N. Washington Street
Port Washington, NY 11050-2700


Oosthulzen, Adrian J.R.
5860 Lausanne Drive
Reno, NV 89511-5034


Ovca Associates, Inc. Dnd Pension Plan
William J. Ovca, Jr., Trustee
410 Upper Lake Road
Lake Sherwood, CA 91361-5141


P. Morgan Trust dtd 7/1/88
Paula A. Morgan, Trustee
1005 Windfair Village Street
Las Vegas, NV 89145-8664


P.E. & R.L. McMullin Family Trust
Phillip & Rosemarie McMullin
578 Sutton Way, PMB 223
Grass Valley, CA 95945-5390


Pan, Jingxiu Jason
4296 Desert Highlands Drive
Sparks, NV 89436-7653


Parker, Charles & Mary
14470 Emerald Path
Apple Valley, MN 55124-6640


Peter C. Cranston IRA
First Savings Bank, Custodian
8709 Litchfield Avenue
Las Vegas, NV 89134-8551
```

Phenix, Betty J.
1745 Cedarwood Drive
Minden, NV 89423-4730


Pollard, Charles
31302 Mulholland Hwy.
Malibu, CA 90265-2701


Port, Morton J.
P.O. Box 4505
Incline Village, NV 89450-4505


Prescia Investments, LLC
Anthony & Nancy Prescia, Managers
5475 W. Teco Avenue
Las Vegas, NV 89118-2814


R. David Ferrera IRA
First Savings Bank, Custodian
621 Mills Road
Sacramento, CA 95864-4913


Rausch, Lawrence
10708 Brinkwood Avenue
Las Vegas, NV 89134-5245


Rayment, Alexander & Maria
5 Rue Fabien Riviere, Eysses
Eysses, Villenueve Sur Lot


Reno Arntical Corp Def Ben Ret Plan
Richard R. Tracy, Trustee
3000 Old Ranch Road
Carson City, NV 89704-9542


Restated Moon 1987 Irrev Trust
Freida Moon
2504 Callita Court
Las Vegas, NV 89102-2020


Revenue Properties (US) Inc.
2542 Williams Blvd.
Kenner, LA 70062

Reynolds,  Emil & Anna
982 E. Country Road 350 S
Greencastle, IN 46135-7300


Richard A. Nielsen Inc. PS Plan
Richard A. Nielsen
1305 Bonnie Cove Avenue
Glendora, CA 91740-5204


Richard F. Casey III IRA
Sterling Trust Company
7901 Fish Pond Road
Waco, TX 76710-1096


Richard R. & Ursula W. Tracy
3000 Old Ranch Road
Carson City, NV 89704-9542


Riedman, Thomas T.
995 Putnam Avenue
North Merrick, NY 11566-1215


Rita P. Anderson Trust
Rity P. Anderson, Trustee
211 Copper Ridge Court
Boulder City, NV 89005-1211


Robbins, Cassandra J.
57 Toppler Drive
Castle Rock, CO 80108-8208


Robert L. Ogren Trust
Rober tL. Ogren, Trustee
3768 Rich Stratton Drive
Las Vegas, NV 89120-2647


Robert W. Ulm Living Trust
Robert W. Ulm, Trustee
414 Morning Glory Road
Saint Marys, GA 31558-4139


Robert Williams Ulm IRA
Penso Trust Company, Custodian
414 Morning Glory Road
Saint Marys, GA 31558-4139

Robinson, Alan & Gail
4919 N. Mildred Street
Tacoma, WA 98407-1329


Ronald & Karen Cazier Family Trust
Ronald Norman & Karen Cazier, Trustees
3053 Sweetgum Way
Saint George, UT 84790-8273


Rosenstein, Stuart M. & Deborah H.
13 Arlington Drive
Marlboro, NJ 07746-2241


S &P Davis Limited Partnership
737 Bannerman Lane
Fort Mill, SC 29715-7858


Sac. Rsrch Med Gp Def Ben Pen Pln
R. David Ferrera, Trustee
621 Mills Road
Sacramento, CA 95864-4913


Sailon, David & Joan
2436 Cliffwood Drive
Henderson, NV 89074-5884


Samsen, Howard & Vera
9948 Arbuckle Drive
Las Vegas, NV 89134-7530


Schmidt Family Trust
Julius Schmidt, Trustee
2759 Darby Falls Drive
Las Vegas, NV 89134-7475


Schroeder, David W.
864 Granville Avenue, #1
Los Angeles, CA 90049-5422


Schulze, Douglas & Doreen
P.O. Box 788
Pipestone, MN 56164-0788

Schwartz & Earp Joint Venture
609 N. Laurel Street
El Paso, TX 79903-3401


Scott A. Sack Irrev Trust
Burton M. Sack, Trustee
415 L' Ambiance Drive, Ph-D
Longboat Key, FL 34228-3916


Senfeld, Milton & Barbara
12422 Crystal Pointe Dr., #201
Boynton Beach, FL 33437-7214


Sexton, David W. & Pamela K.
21929 N. 79th Place
Scottsdale, AZ 85255-4890


Sharp, Douglas
3128 E. University Avenue
Las Vegas, NV 89121


Sharpe, Ronald
6811 San Ricardo, #204
Las Vegas, NV 89146-0871


Shellie Hilgenberg IRA
First Savings Bank, Custodian
370 Pinecrest Drive
Laguna Beach, CA 92651-1452


Shimon & Hannah K. Peress Trust
Shimon & Hannah Peress, Trustees
8109 Sapphire Bay Circle
Las Vegas, NV 89128-7738


Shoichet, Mollie
7112 Corning Circle
Boynton Beach, FL 33437-3986


Shoup, Donald E. & Sharon K.
417 West Street
Wellsville, MO 63384-1145

Simmons, Alan & Judith
P.O. Box 13296
South Lake Tahoe, CA 96151-3296


Sindler, Tara
2112 Plaza Del Fuentes
Las Vegas, NV 89102-3912


Soro, Francesco
P.O. Box 34602
Las Vegas, NV 89133-4602


Spindle, Clifton H. & Verna R.
1332 E. Lone Oak Road
Valley View, TX 76272-7339


Spinelli, Michele
16636 Fairfax Court
Tinley Park, IL 60477


Springer, Nick
354 Hwy 99 S
Cottage Grove, OR 97424


Stein, Aswin
12626 Hunters Chase
San Antonio, TX 78230


Stein, Athanasia
Stein, Aswin
12626 Hunters Chase
San Antonio, TX 78230


Stewart Family Trust dtd 1/15/98
Michael D. & Mary Jude Stewart
294 E. Davie Street
Raleigh, NC 27601-1808


Sturza, Harold
2705 Orchid Valley Drive
Las Vegas, NV 89134-7327

Suzanne Brehmer IRA
First Trust Co. of Onaga, Custodian
1235 White Avenue
Grand Junction, CO 81501-4535


Suzanne Liewer 2000 Revocable Trust
Suzanne Liewer, Trustee
6 Eddystone Court
Redwood City, CA 94065-1264


Swilley, Louis C.
4314 Dickson Street
Houston, TX 77007-7321


Tax Collector, Palm Beach County
P.O. Box 3715
West Palm Beach, FL 33402-3715


Taylor Family Trust dtd 6/18/97
John Taylor & Joy Taylor, Trustees
13658 La Jolla Circle, #8B
La Mirada, CA 90638


Terry Audbrey Living Trust 9/4/90
Terry A. Zimmerman, Trustee
2274 Trafalgar Court
Henderson, NV 89074-5326


Terry Helms Living Trust
Terry Helms, Trustee
809 Upland Blvd.
Las Vegas, NV 89107-3719


The Daniel Living Trust
Mark A. & Cathy Daniel
20 Redonda
Irvine, CA 92620


The Ernie C. Young Lvg Trust dtd 9/23/96
Ernie C. Young, Trustee
P.O. Box 19035
Jean, NV 89019

The Gaston Trust dtd 12/31/02
Titan Management, Ltd., Trustee
8635 W. Sahara Avenue
Suite 100
Las Vegas, NV 89117


Tiki Investments Entprs.
2578 Highmore Avenue
Henderson, NV 89052


Tina M. Wener IRA
First Savings Bank Custodian
655 Sky Canyon
Reno, NV 89510-9102


TK & Associates
31140 361st Lane
Le Sueur, MN 56058-3392


Tomczak Family Trust
Sigmund L. & Diana Tomczak
8507 S. Harmon Extension Road
Spokane, WA 99223-9346


Trapman, Anton & Irene
8630 St. James Avenue, Apt. E21
Elmhurst, NY 11373-3830


Trujillo, Carlos A.
2818 Horseshoe Drive
Las Vegas, NV 89120-3338


Underpass Trust
Ronald K. Montesano, Trustee
5121 Big River Avenue
Las Vegas, NV 89030


USA Capital Dvrsfd Tst Deed Fund
FTI Consulting
2 North Central Avenue, #1200
Phoenix, AZ 85004-2349

USA Commercial Mtg. Co.
USACM Liq. Trust
William A. Leonard, Jr.
228 South Florida Street, 1st Floor
Las Vegas, NV 89101


USA Commercial Real Estate Group
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205-1521


Valair, Gloria
3524 Webster Street
San Francisco, CA 94123-1717


Van Sickle Family Trust
Lloyd F. Van Sickle, Trustee
5626 E. Edgemont Avenue
Scottsdale, AZ 85257-1026


Ventura, Roy R. Jr., & Nancy B.
Unit 8135 - Usaid
FPO, AP 96520-8135


Verusio Solutions, LLC
208 Clarence Way
Fremont, CA 94539-3873


Violet, Melody J.
P.O. Box 2201
Vista, CA 92085-2201


Von Tagen Trust dtd 5/2/96
Madeline P. Von Tagen, Trustee
8557 Little Fox Street
Las Vegas, NV 89123-2711


Weber, Heinrich & Brigitte
2099 Westglen Court
Reno, NV 89523-3222


Westbrook, Connie
14320 Ghost Rider Drive
Reno, NV 89511-8101

Wilkinson, Barton R. & Dianna J.
141 Sonny Drive
Kooskia, ID 83539-5116


Willard Family Trust
Shirley Mae Willard
7031 Scripps Crescent
Goleta, CA 93117-2953


Windisch, Frederick
P.O. Box 626
Lake Havasu City, AZ 86405


Windisch, Frederick P.
20 S. Federal Highway
Boynton Beach, FL 33435


Zappulla, Joseph & Carol
3128 E. Blue Sage Court
Gilbert, AZ 85297-6001


Zerbo, Anthony J.
780 Saratoga Avenue, #S107
San Jose, CA 95129-2404