

**ORDERED in the Southern District of Florida on May 29, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re

HFAH CLEAR LAKE LLC,[1]
a Florida limited liability company,

Debtor.

Chapter 11

Case No. 14-31806-EPK

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE

**THIS MATTER** came before the Court on May 28, 2015 at 2:00 p.m. in West Palm Beach, Florida, upon the *Debtor's Motion to Dismiss Bankruptcy Case* (the "Motion") (ECF No. 92). The Court, having reviewed the Motion, the Court file and having considered argument of counsel in support of the relief requested; having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested and that dismissal will serve the

---

[1] The last four digits of the Debtor's federal tax identification number are 6161. The Debtor's address is c/o Keldar Advisors, LLC, 245 Saw Mill River Road, Suite 106, Hawthorne, NY 10532.

best interests of the Debtor, its estate and creditors; and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED pursuant to 11 U.S.C. §§ 105(a), 305(a)(1), 349(b), 1112(b), and Rules 1017, 2002, 9013 and 9014 of the Federal Rules of Bankruptcy Procedure and the Chapter 11 Case of the above–referenced Debtor is hereby dismissed with prejudice for 180 days and subject to the terms and provisions set forth in this Order.

2. Notice of the Motion is sufficient and proper notice under the circumstances.

3. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) within twenty (20) days from the date of this Order.

4. All prior Orders of this Court remain in full force and effect.

5. Upon entry of this Order, the law firm of Berger Singerman LLP is discharged from, and shall have no further obligations with respect to representation of the Debtor.

# # #

Submitted by:
Debi Galler, Esq.
Berger Singerman LLP
125 South Gadsden Street, Suite 300
Tallahassee, Florida  32301
Tel. (850) 561-3010
Fax (850) 561-3013
E-mail:  dgaller@bergersingerman.com

Copy furnished to:
Debi Galler, Esq.
*(Attorney Galler is directed to serve a conformed copy of this Order upon all interested parties and to file a Certificate of Service).*

6426376-2